IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM ARMSTRONG | : | CIVIL ACTION |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | NO. 19-2094 |

## ORDER

**AND NOW**, this 9th day of June, 2020, upon consideration of Plaintiff's Motion for Attorney's Fees (Document No. 24), the Commissioner's Response in opposition thereto (Document No. 25), Plaintiff's Reply (Document No. 26), and for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $7,828.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made *via* the Law Offices of Chermol & Fishman, LLC. If EAJA fees are not subject to any offset and an assignment is provided to the Social Security Administration, the award shall be paid directly to the order of David F. Chermol, Esquire.

**BY THE COURT**:

   */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge